# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CARLSON HOLDINGS, INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV113 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SENCO PRODUCTS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Notice of Suggestion of Stay (Filing No. 35). The defendant filed the suggestion based on its Chapter 11 bankruptcy filing. The filing was made in South District of Ohio, Western Division, on May 8, 2009, and is being administered under the case number 09-12869. Although the defendant seeks a stay of the case, it does not suggest any reason to deviate from federal statute and the court's local rules. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 14th day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge