# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLSON HOLDINGS, INC., a Nebraska corporation, and DONALD W. CARLSON, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>SENCO PRODUCTS, INC., an Ohio corporation,<br><br>        Defendant. | 8:08-CV-00113<br><br>CH 11<br><br><br><br>ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS |

The Court, being fully advised in the premises, finds that the Stipulation for Dismissal With Prejudice of the parties is true and correct in all respects and should be granted.

IT IS THEREFORE ORDERED that this action, including all claims and counterclaims, is hereby dismissed with prejudice with each party to bear its own attorney and expert fees and costs.

Dated this 1st day of September, 2009.

                BY THE COURT:


                s/ Joseph F. Bataillon
                U.S. District Court Judge

PREPARED AND SUBMITTED BY:

*s/ Gregory C. Scaglione*
Gregory C. Scaglione, #19368
James F. Cann, #21458
KOLEY JESSEN P.C.,LLO
1125 South 103rd Street, Suite 800
Omaha, NE  68124
(402) 390-9500
(402) 390-9005 (facsimile)
Greg.Scaglione@koleyjessen.com
james.cann@koleyjessen.com

Attorneys for Plaintiffs.

499212.1